FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIO CAZALES,<br><br>Defendant. | Case No. 10-1665M<br><br>**ORDER OF DETENTION AFTER HEARING** |

I.

A. ( ) On motion of the Government in a case allegedly involving:

    1. ( )    a crime of violence.

    2. ( )    an offense with maximum sentence of life imprisonment or death.

    3. ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✔)    On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)

1    (✔)   On the further allegation by the Government of:

2    1. (✔)   a serious risk that the defendant will flee.

3    2. ( )   a serious risk that the defendant will:

4        a. ( ) obstruct or attempt to obstruct justice.

5        b. ( ) threaten, injure, or intimidate a prospective witness or juror or

6            attempt to do so.

7    C. The Government ( ) is/ (✔) is not entitled to a rebuttable presumption that no

8        condition or combination of conditions will reasonably assure the defendant's

9        appearance as required and the safety of any person or the community.

10

11    II.

12    A. (✔)   The Court finds that no condition or combination of conditions will

13        reasonably assure:

14    1. (✔)   the appearance of the defendant as required.

15        (✔)   and/or

16    2. (✔)   the safety of any person or the community.

17    B. ( )   The Court finds that the defendant has not rebutted by sufficient

18        evidence to the contrary the presumption provided by statute.

19

20    III.

21    The Court has considered:

22    A. the nature and circumstances of the offense(s) charged, including whether the

23        offense is a crime of violence, a Federal crime of terrorism, or involves a minor

24        victim or a controlled substance, firearm, explosive, or destructive device;

25    B. the weight of evidence against the defendant;

26    C. the history and characteristics of the defendant; and

27    D. the nature and seriousness of the danger to any person or to the community.

28    IV.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1  The Court also has considered all the evidence adduced at the hearing and the
2  arguments and/or statements of counsel, and the Pretrial Services
3  Report/recommendation.
4
5                                    V.
6  The Court bases the foregoing finding(s) on the following:
7  A. (✔)   As to flight risk:  Defendant failed to provide background information
8           and appears to be an illegal immigrant with prior deportations.
9  B. (✔)   As to danger:  Defendant's criminal history (including a prior murder
10          conviction) and the instant allegations reflect a serious risk to the
11          community.
12
13                                   VI.
14 A. ( )    The Court finds that a serious risk exists that the defendant will:
15       1. ( ) obstruct  or  attempt to  obstruct  justice.
16       2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
17
18 B. The Court bases the foregoing finding(s) on the following: _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
26                                  VII.
27
28 A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                    Page 3 of 4

1  B. IT IS FURTHER ORDERED that the defendant be committed to the
2     custody of the Attorney General for confinement in a corrections facility
3     separate, to the extent practicable, from persons awaiting or serving
4     sentences or being held in custody pending appeal.
5  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
6     opportunity for private consultation with counsel.
7  D. IT IS FURTHER ORDERED that, on order of a Court of the United States
8     or on request of any attorney for the Government, the person in charge of
9     the corrections facility in which the defendant is confined deliver the
10    defendant to a United States marshal for the purpose of an appearance in
11    connection with a court proceeding.
12
13
14
15  DATED: August 3, 2010
16                                          HONORABLE JAY C. GANDHI
                                            UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                        Page 4 of 4